IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY CHAPMAN,

        Plaintiff,

v.                                      Case No. 14-689

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

## ORDER GRANTING JOINT MOTION TO REMAND UNDER SENTENCE FOUR

The parties' joint motion for an order remanding this case for further proceedings under sentence four of 42 U.S.C. § 405(g) is **GRANTED**.

On remand, the Appeals Council will instruct an administrative law judge (ALJ)[1] to issue a new decision. If the ALJ relies on vocational-expert testimony, he or she will ensure that the hypothetical question(s) upon which he or she relies match the assessed limitations in the residual functional capacity finding. Should the ALJ obtain additional evidence from a vocational expert, he or she will request that the expert identify specific job codes from the Dictionary of Occupational Titles, and identify the number of jobs in the national economy in addition to the region in which Plaintiff resides.

It is so ordered.

---

[1] Because this matter had been previously remanded by the Appeals Council, a different administrative law judge will preside on remand in accordance with agency policy.

Dated: June 3, 2015

_____
HON. JAMES D. PETERSON
United States District Court Judge